IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY BERGER, <br><br> Plaintiff, <br><br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE CO., <br><br> Defendant. | No. 2:18-CV-00120-JS |

FILED
FEB 23 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION TO SUBSTITUTE DEFENDANT

The parties, by and through their respective counsel, hereby stipulate to substitute Life Insurance Company of North America ("LINA") as the defendant in this case, as follows:

1. Plaintiff filed his Complaint under the Employee Insurance Retirement Security Act, 29 U.S.C. § 1001 *et seq.* ("ERISA"), against Defendant Cigna Health and Life Insurance Co.

2. Cigna Health and Life Insurance Co. had (and has) no role with respect to Plaintiff's claim in this case, as LINA issued the policy of insurance relevant to this case.

3. The parties agree to substitute LINA as defendant for Cigna Health and Life Insurance Co. and that Cigna Health and Life Insurance Co. is dismissed from this action. LINA would therefore be responsible for any judgment Plaintiff obtained in his favor.

4. The parties agree that LINA shall respond to the Complaint within twenty-one days after the Court signs and enters this Stipulation.

Respectfully submitted,

| | |
|---|---|
| /s/ Larissa K. Staskiw (with permission) | /s/ Caitlin P. Strauss |
| Brandon A. Swartz | James A. Keller |
| Larissa K. Staszkiw | Caitlin P. Strauss |
| Swartz Culleton PC | Saul Ewing Arnstein & Lehr LLP |
| 547 East Washington Avenue | 1500 Market Street, 38th Floor |
| Newtown, Pennsylvania 18940 | Philadelphia, Pennsylvania 19102 |
| (215) 550-6553 | 215-972-7153 |
| bswartz@swartzculleton.com | James.Keller@saul.com |
| lstaszkiw@swartzculleton.com | Caitlin.Strauss@saul.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

February 23, 2018

SO ORDERED.

BY THE COURT:

_____
Juan R. Sanchez